**MEMORANDUM ENDORSED**

**GOTTLIEB & ASSOCIATES**
ATTORNEYS
150 E. 18th St., Suite PHR • New York, NY 10003
Tel (212) 228-9795 • Fax (212) 982-6284
NYJG@aol.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/26/2021

April 23, 2021

**VIA ECF**
The Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Williams v. Hydro Generation Inc.*
      Case No.: 1:21-cv-433

Dear Judge Woods,

The undersigned represents Milton Williams, on behalf of himself and all other persons similarly situated ("Plaintiff") in the above referenced matter against Defendant, Devinco, LLC, ("Defendant"). The undersigned respectfully requests that the Initial Conference scheduled for April 30, 2021, at 4:30 PM (Dkt. 6) be adjourned for 60 days because the Plaintiff recently filed an Amended Complaint (Dkt. 9) which added the Defendant Devinco, LLC to the Action and therefore the undersigned needs time to effectuate service upon the new Defendant. Additionally, the undersigned respectfully requests Your Honor's Mediation Order deadline (Dkt. 7) be extended for 60 days. This request will grant ample time for the Plaintiff to effectuate service on the new Defendant, for the Defendant to retain counsel and for Defendant's Counsel to appear and discuss a possible resolution with Plaintiff's Counsel. This is the Plaintiff's first request for an adjournment.

Respectfully submitted,

GOTTLIEB & ASSOCIATES

*/s/Michael A. LaBollita, Esq.*
Michael A. LaBollita, Esq.

Application granted.  The initial pre-trial conference scheduled for April 30, 2021 is adjourned to July 2, 2021 at 10:00 a.m.  The mediation described in Dkt. No. 7 should take place at least two weeks before that date.  The joint letter and case management plan described in the Court's January 20, 2021 order, Dkt. No. 6, are due no later than June 25, 2021.
SO ORDERED.
Dated:  April 26, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge